AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| AJAY SURESH <br><br> *Plaintiff(s)* <br> v. <br> MEYER JABARA HOTELS, LLC d/b/a HYATT PLACE FLUSHING/LAGUARDIA AIRPORT <br><br> *Defendant(s)* | Civil Action No.  9:25-cv-80340   ROSENBERG |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MEYER JABARA HOTELS, LLC d/b/a HYATT
PLACE FLUSHING/LAGUARDIA AIRPORT
c/o William A. Meyer
1601 Belvedere Road
Servico Center, 407 S
West Palm Beach, FL 33406

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Christine Zaffarano, Esq.
3111 N. University Drive
Suite 301
Coral Springs, FL 33065

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Mar 12, 2025

Angela E. Noble
Clerk of Court

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts